UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Leon F. Hirzel (admitted *pro hac vice*)
hirzel@hddlawfirm.com
HIRZEL DREYFUSS & DEMPSEY, PLLC
2333 Brickell Avenue, Suite A-1
Miami, Florida 33129
Telephone: (305) 615-1617

Peter C. Lagarias (SB NO 77091)
pcl@franchiselawadvocates.com
Bruce N. Napell (SBN 115116)
bjn@franchiselawadvocates.com
LAGARIAS & NAPELL, LLP
1629 Fifth Avenue
San Rafael, California 94901-1828
Telephone: (415) 460-0100
Facsimile: (415) 460-1099

*Attorneys for Fight Club Kitty Hawk 94551, Inc.,
Fight Club Del Prado 33904, LLC, and Fight Club
USA, Inc.*

| | |
|---|---|
| FIGHT CLUB KITTY HAWK 94551, INC. a California Corporation; FIGHT CLUB DEL PRADO 33904, LLC, a Florida limited Liability company; and FIGHT CLUB USA, INC., a Florida Corporation,<br><br>Plaintiffs,<br>v.<br><br>OMNI FIGHT CLUB FRANCHISING, LLC., a Georgia limited liability company; DENNIS DUMAS, an individual; AMANDA DUMAS, an individual, SCOTT KELLY, an individual; MICHAEL KAHN, an individual; and NICK DUARTE, an individual, and DOES 1-20,<br><br>Defendants. | Case No.: 20-cv-08804-HSG<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' RESPONSE IN OPPOSITION OF PLAINTIFFS' MOTION TO REMAND** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

1

2

THIS CAUSE is before the Court upon *Plaintiffs' Unopposed Motion for Extension of Time to Reply to Defendants' Opposition to Plaintiffs' Motion to Remand.* Having considered the motion, being informed that the relief requested is unopposed by Defendants, and finding good cause for the relief requested, it is hereby **ORDERD and ADJUDGED**:

1. The motion to for extension of time is **GRANTED**.
2. Plaintiffs deadline to reply to Defendants' Opposition to Plaintiffs' Motion to Remand is extended for a period of seven (7) days, up to and including February 8, 2021.

DONE and ORDERED, this 4th day of February, 2021.

*/s/ Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Court Judge